**Motion Granted, Appeal Dismissed, and Majority and Dissenting Opinions filed April 1, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00227-CV

### OTTO SIMMANK AND MINA SIMMANK, Appellants

### V.

### GLEN CRONIN AND JANNA WALLACE, Appellees

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2016-22349**

## MAJORITY OPINION

This is an appeal from a judgment signed December 16, 2019. On March 12, 2021, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1.[1]

---

[1] The motion states "[d]ismissal is called for in the Order Confirming Plan of Reorganization in Cause No. 19-51435-CAG; *In re Otto John Simmank, and Wife Mina Sue Simmank, Debtors*; United States Bankruptcy Court for the Western District of Texas." Appellants notified us in a

The motion is granted, and the appeal is dismissed.


/s/    Randy Wilson
Justice

Panel consists of Chief Justice Christopher and Justices Spain and Wilson (Spain, J., dissenting).

---

motion filed April 30, 2020, that they had filed for bankruptcy protection on June 14, 2019. That filing automatically stayed the continuation of the trial court case. 11 U.S.C. § 362(a). Appellants' April 30, 2020 motion also stated the bankruptcy court had lifted the automatic stay as to the trial court case on October 21, 2019. Accordingly, the automatic stay does not prohibit us from granting this motion to dismiss.